In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Estate for the City of New York, in the Counties of Sullivan and Orange. THEODORE M. RIEHLE, JR., et al., Appellants.—

In our opinion, there is no basis in this record for a claim of waiver or estoppel on the part of the city to plead the Statute of Limitations. We also believe that the notices, the taking maps, the posting, and the petition were not defective. Nor is any time limitation prescribed by the statute for the completion of a massive project such as the one here involved. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.